IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KITAKA LAUDERDALE**                                                              **PETITIONER**

v.                                Case No. 5:13-cv-00040-KGB

**RAY HOBBS, Director,**
Arkansas Department of Correction                                          **RESPONDENT**

## ORDER

The Court has received the Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 32). Petitioner Kitaka Lauderdale has filed objections to the Proposed Findings and Recommendations (Dkt. No. 33), as well as a letter that the Court construes as supplemental objections (Dkt. No. 35). After careful review of the Proposed Findings and Recommendations and the timely objections thereto, as well as a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommendations should be, and are hereby, approved and adopted in their entirety as this Court's findings in all respects. Petitioner's petition is hereby dismissed with prejudice and the request for relief is denied.

All remaining pending motions are denied as moot. The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c).

Accordingly, judgment shall be entered dismissing with prejudice this case.

SO ORDERED this the 19th day of February, 2015.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge