**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**KITAKA LAUDERDALE**                                                                                    **PETITIONER**

v.                              **Case No. 5:13-cv-00040-KGB**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                         **RESPONDENT**

## ORDER

In accordance with the Court's Order entered in this case on this date, it is considered, ordered, and adjudged that this case is dismissed with prejudice. The relief requested is denied. The Court will not issue a certificate of appealability because petitioner Kitaka Lauderdale has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c).

SO ADJUDGED this the 19th day of February, 2015.

_____
Kristine G. Baker
United States District Judge